IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOINE L. JONES,

    Plaintiff,　　　　　　　　　No. CIV S-07-1022 MCE KJM P

  vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.　　　　　　　　　ORDER

                                 /

       Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's motion for the appointment of counsel will therefore be denied.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's October 15, 2007 motion for the appointment of counsel is denied.

DATED: October 26, 2007.

_____
U.S. MAGISTRATE JUDGE

/ke
jone1022.31