IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOINE L. JONES,

      Plaintiff,                      No. CIV S-07-1022 MCE KJM P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

      Defendants.              ORDER

_____/

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  On October 17, 2007, he filed a motion for the appointment of counsel.  On November 26, 2007, he filed documents relating to the exhaustion of administrative remedies.

        The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances.

////

/////

1

1         In support of his letter of November 26, 2007, plaintiff submitted a number of documents relating to the prison grievance process. The court will take no action with relation to these documents. Plaintiff is advised, however, that should the need arise, he may refer to them without the need to file duplicates.

        IT IS THEREFORE ORDERED that:

        1. Plaintiff's October 17, 2007 motion for the appointment of counsel is denied; and

        2. No action will be taken in response to plaintiff's November 26, 2007 letter, but plaintiff may refer to these documents rather than file a new set if the need arises.

DATED: December 17, 2007.

                                            U.S. MAGISTRATE JUDGE

2

jone1022.ord

DATED: December 17, 2007.