IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTOINE L. JONES,

      Plaintiff,                        No. CIV S-07-1022 MCE KJM P

     vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

      Defendants.              ORDER

/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

        In addition, plaintiff has also requested that the court order the prison to allow one of plaintiff's visitors to take pictures and measurements of the area where plaintiff alleges his stretcher was placed. He has not, however, demonstrated that he is unable to take measurements

1

without a court order or that he is unable to develop the necessary information about defendant Tan's line of sight through more conventional discovery methods.

Accordingly, IT IS HEREBY ORDERED that

1. Plaintiff's motion for the appointment of counsel (docket no. 28) is denied; and

2. Plaintiff's request for an order allowing photographs and measurements (docket no. 29) is denied.

DATED: June 26, 2008.

_____
U.S. MAGISTRATE JUDGE

2/mp
jone1022.31